IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-11-41-GF-BMM-RKS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MARCUS GERALD FAST HORSE, | |
| Defendant. | |

The Court referred this case to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on March 5, 2014. Doc. 53.

The United States charged Marcus Gerald Fast Horse (Fast Horse) with violating his supervised release conditions by committing a tribal offense, failing to notify his probation officer of contact with law enforcement, and consuming alcohol. Fast Horse admitted to the violations. Judge Strong found the admission sufficient to establish the supervised release violations. Judge Strong recommended that this Court revoke Fast Horse's supervised release and commit him to the custody of the United states Bureau of Prisons for a term of imprisonment of 18 months with no following supervised release.

1

This Court reviews Judge Strong's findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach, Inc.*, 655 F.2d 1309, 1319 (9th Cir. 1981). This Court finds no clear error in Judge Strong's Findings and Recommendations, Doc. 53, and adopts them in full.

**IT IS HEREBY ORDERED** that Judge Strong's Findings and Recommendations, Doc. 53, are **ADOPTED.** Judgment shall be entered accordingly.

DATED this 25th day of March, 2014.

_____
Brian Morris
United States District Court Judge